**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| MATTHEW C. CARROLL | CIVIL ACTION NO. 17-0426-P |
| VERSUS | CHIEF JUDGE HICKS |
| J. LEBLANC, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's conclusory claims and his claims regarding programs, conditions of confinement, visitation, medications, telephone, legal access, television, radio, card games, confidentiality of his conviction, and the administrative remedy process be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) and his claims occurring after March 16, 2017 be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a).

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 19th day of March, 2020.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT